■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMIE BOSTIC, Appellant. (Appeal No. 1.) [636 NYS2d 683] — Judgment unanimously affirmed. Memorandum: There is no merit to the contention of defendant that his plea was not knowingly, voluntarily, and intelligently entered *(see, People v Lopez,* 71 NY2d 662, 666; *People v Francis,* 38 NY2d 150, 153). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Forgery, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.